1
2
3
4
5
6
7
8

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

9
10  In re

11  APACHE PRODUCE IMPORTS, L.L.C.,

12          Debtor.

13

14

| | |
|---|---|
| | Chapter 7 Case |
| | Case No. 4:21-bk-05737-SHG |
| | **[PROPOSED] ORDER DENYING OBJECTION TO STIPULATED PROTECTIVE ORDER AND MOTION FOR PROTECTIVE ORDER** |

15          This matter having come before the Court on Debtor's Objection to Joint Motion for

16  Entry of Stipulated Protective Order and Motion for Protective Order ("Objection") (DE

17  44) and having considered the pleadings and arguments of counsel, for the reasons stated

18  on the record at the hearing held on March 30, 2022,

19          IT IS HEREBY ORDERED THAT the Objection is DENIED.

20

21                          **DATED AND SIGNED ABOVE**

22
23
24
25
26
27
28